A

Case 2:09-cv-01173 Document 1-1 Filed 10/27/09 Page 2 of 2 PageID #: 6

CASE 09-C-1789                    KANAWHA                                    PAGE 1

AMEE NICOLE TOPPING          vs. MACYS DEPARTMENT STORES INCORP

| LINE | DATE | ACTION |
|---|---|---|
| 1 | 09/24/09 | # ISSUED SUM & 4 CPYS; F FEE; RCPT 449403; $145.00; CASE INFO |
| 2 |  | # SHEET; COMPLAINT W/COS |
| 3 | 09/30/09 | # LET FR SS DTD 9/28/09; SUM W/RET (9/28/09 SS) AS TO ESTEE |
| 4 |  | # LAUDER SERVICES INC. |
| 5 | 09/30/09 | # LET FR SS DTD 9/28/09; SUM W/RET (9/28/09 SS) AS TO MACY'S |
| 6 |  | # RETAIL HOLDINGS INC.; |
| 7 | 10/14/09 | # E-CERT FR SS AS TO ESTEE LAUDER SERVICES DTD 10/1/09 |
| 8 | 10/14/09 | # E-CERT FR SS AS TO MACY'S RETAIL HOLDINGS DTD 10/2/09 SIGNED |
| 9 |  | # BY R. ADAMS |

