B

# SUMMONS

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

AMEE NICOLE TOPPING,

    Plaintiff,

vs.                          Civil Action No. 09-C-1789
                             Honorable Stucky

MACYS DEPARTMENT STORES
INCORPORATED, an Ohio
corporation, and ESTEE LAUDER SERVICES. INC., . . . . 7 Corporate Center Drive
a Delaware corporation, doing business as      Melville, New York 11747
MAC COSMETICS.

    Defendants.

To the above-named Defendant: **ESTEE LAUDER SERVICES, INC.**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required to serve upon, David L. White, plaintiff's attorney, whose address is The Masters Law Firm lc, 181 Summers Street, Charleston, West Virginia, 25301, an answer including any related counterclaim you may have to the complaint and "Plaintiff's First Set Of Interrogatories" and Plaintiff's First Request For Documents" filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated: 9-24-09

                                                  Cathy S. Gatson
                                                  Clerk of Court
                                         By: _____

## AFFIDAVIT OF CERTIFICATE OF SERVICE

_____ is a credible person above the age of 18, who after being duly sworn deposes and says as follows:

On the _____ day of _____ 20__, I served a copy of the following legal documents:

- ( )  Summons and Complaint;
- ( )  Order and Petition;
- ( )  Interrogatories;
- ( )  Request for Production of Documents;
- ( )  Request for Admissions;
- ( )  Subpoena;
- ( )  Subpoena Duces Tecum

upon _____.

- ( )  named defendant in the aforesaid lawsuit named on the legal document
- ( )  witness in the aforesaid lawsuit named on the legal documents

by serving true copy (copies) of the same upon (him) (her):

- ( )  in person;
- ( )  by delivering the aforesaid document(s) to _____, a member of (his) (her) family above the age of sixteen (16) at said defendant(s) (witness) dwelling house or usual place of abode, (the defendant) (witness) then and there being present, and giving to such person information of the purport of the Summons and Complaint;
- ( )  by delivering the aforesaid legal documents to _____, the agent or attorney in fact authorized by appointment or statute to receive or accept service of process on (his) (her) (its) behalf, the West Virginia Secretary of State.

_____
PROCESS SERVER

STATE OF WEST VIRGINIA
COUNTY OF _____, TO-WIT:

Taken, subscribed and sworn to before me this _____ day of _____ 20___.
My commission expires_____

_____
NOTARY PUBLIC

F:\4\256\MS003.DOC

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

AMEE NICOLE TOPPING,

        Plaintiff,

vs.

Civil Action No. 09-C-1289
Honorable Stucky

MACYS DEPARTMENT STORES INCORPORATED, an Ohio corporation, and ESTEE LAUDER SERVICES. INC., a Delaware corporation, doing business as MAC COSMETICS.

        Defendants.

## COMPLAINT

Comes now Amee Nicole Topping, plaintiff, by her counsel, and for her cause of action against the defendants, states as follows:

1. Plaintiff, Amee Nicole Topping is a citizen and resident of Kanawha County, West Virginia.

2. Defendant, Macy's Department Stores Incorporated, (hereinafter referred to as "Macy's"), is an Ohio corporation licensed to conduct business in the State of West Virginia.

3. Defendant, Estee Lauder Services, Inc. is a Delaware corporation which manufacturers and distributes cosmetic products for use in the State of West Virginia and does business as "Mac Cosmetics" (hereinafter referred to as "Mac").

4. That at all times herein complained of the defendants were each acting for and on behalf of the other as agents, servants or employees and for and on behalf of

themselves.

5. On or about October 1, 2007, plaintiff was given a <u>MAC makeup sample</u> at the Macy's store in the Barboursville Mall my Macy's personnel.

6. On or about October 31, 2007, plaintiff had to go to the Emergency Department of Charleston Area Medical Center for chemical burns to her face caused by the makeup.

7. The aforesaid product was defectively tested, designed, manufactured, and distributed into the stream of commerce by defendants and the said defective condition caused by the defective manufacture, design, and lack of appropriate warnings rendered the product unreasonably and inherently dangerous.

8. As a direct and proximate result of the conduct of defendants, as set forth above, and otherwise, plaintiff, Amee Nicole Topping, has suffered permanent chemical burns to her face, endured great pain and suffering of mind and body, had to miss work and was subsequently fired, lost wags, and her children's school called and reported her to the Department of Health And Human Resources because of the change in her appearance.

9. As a further direct and proximate result of the conduct of the defendants, as set forth above and otherwise, plaintiff sustained a loss of companionship of her children, lost her job, and plaintiff has incurred, and will in the future endure, expenses related to her care and treatment, and is permanently disfigured.

2

WHEREFORE, the plaintiff demands damages in a sum in excess of the jurisdictional amount, to fully compensate her, together with prejudgment interest and costs and such other and further relief as the Court deems just.

PLAINTIFFS DEMAND A TRIAL BY JURY.

AMEE NICOLE TOPPING

By Counsel

*/s/ David L. White*
David L. White, Esquire
West Virginia State Bar No. 4006
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
Counsel for Plaintiffs
(304) 342-3106
F:\4\256\p001.doc

3

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E
Charleston, WV 25305



9171 9237 9000 1000 1453 62



**Natalie E. Tennant**
Secretary of State
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

Estee Lauder Services Inc.
Robert M. Leo
7 Corporate Center Dr.
Melville NY 11747

ControlNumber: 283935
Defendant: Estee Lauder Services Inc.

Civil Action: 9/28/2009
09-C-1789

I am enclosing:

| | | |
|---|---|---|
| ___ summons | ___ affidavit | _1_ summons and complaint |
| ___ notice | ___ answer | ___ summons returned from post office |
| ___ order | ___ cross-claim | ___ summons and amended complaint |
| ___ petition | ___ counterclaim | ___ 3rd party summons and complaint |
| ___ motion | ___ request | ___ no return from post office |
| ___ suggestions | ___ certified return receipt | ___ notice of mechanic's lien |
| _1_ interrogatories | _1_ request for production | ___ suggestee execution |
| ___ original | ___ request for admissions | ___ Other |
| ___ subpeona duces tecum | | |

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your withdrawn corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plantiff's attorney, shown in the enclosed paper. Please do not call the Secretary of State's office.*

Sincerely,

*Natalie E. Tennant*

Natalie E. Tennant
Secretary of State

Oct 7, 2009  Rec'd Legal Dept
gmm

# Service of Process Details

## Service Information

|  |  |
|---|---|
| **Civil Action:** | 09-C-1789 |
| **Defendant:** | Macy's Retail Holdings, Inc. |
| **Agent:** | Stephen J. O'Bryan |
| **City/State/Zip:** | Cincinnati, OH 45202 |
| **Country:** | US - United States of America |
| **County:** | Kanawha |
| **Service Date:** | 9/28/2009 |

## Delivery Information

|  |  |
|---|---|
| **Certified Number:** | 91719237900010000145355 |
| **Delivered Date:** | 10/2/2009 10:06:00 AM |
| **Delivered:** | YES |
| **Status Details:** | DELIVERED (Complete list of USPS status descriptions) |

NOTE: USPS requires a signature for non-delivered, returned to sender certified letters. If the signature below is that of either Kathy Thomas or Deanna Karlen, State of West Virginia, Central Mailing Office, this letter has not been served and was returned to the clerk of the appropriate court.


**UNITED STATES POSTAL SERVICE.**

Date Produced: 10/05/2009

WV SECRETARY OF STATE

The following is the delivery information for Certified Mail™ item number 7192 3790 0010 0014 5355. Our records indicate that this item was delivered on 10/02/2009 at 10:06 a.m. in CINCINNATI, OH, 45202. The scanned image of the recipient information is provided below.

Signature of Recipient:  *R Adam*
                        R. Adams

Address of Recipient:  Macy's 7 W. 7th St.

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representitive.

Sincerely,

United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 3418879 47695721

Copyright © 2009 West Virginia Secretary of State — All Rights Reserved

# Service of Process Details

## Service Information

**Civil Action:** 09-C-1789
**Defendant:** Estee Lauder Services Inc.
**Agent:** Robert M. Leo
**City/State/Zip:** Melville, NY 11747
**Country:** US - United States of America
**County:** Kanawha
**Service Date:** 9/28/2009

## Delivery Information

**Certified Number:** 9171923790001000145362
**Delivered Date:** 10/1/2009 9:20:00 AM
**Delivered:** YES
**Status Details:** DELIVERED (Complete list of USPS status descriptions)

NOTE: USPS requires a signature for non-delivered, returned to sender certified letters. If the signature below is that of either Kathy Thomas or Deanna Karlen, State of West Virginia, Central Mailing Office, this letter has not been served and was returned to the clerk of the appropriate court.



**UNITED STATES POSTAL SERVICE.**

Date Produced: 10/05/2009

WV SECRETARY OF STATE

The following is the delivery information for Certified Mail™ item number 7192 3790 0010 0014 5362. Our records indicate that this item was delivered on 10/01/2009 at 09:20 a.m. in MELVILLE, NY, 11747. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representitive.

Sincerely,

United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 3418879 47695721

Copyright © 2009 West Virginia Secretary of State — All Rights Reserved