IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division



ENTERED
OCT - 7 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

AMEE NICOLE TOPPING,

    Plaintiff,

v.

Case No. 2:09-cv-1173
Judge Joseph R. Goodwin

MACYS DEPARTMENT STORES
INCORPORATED, an Ohio
Corporation, and ESTEE LAUDER SERVICES,
INC., a Delaware corporation, doing business as
MAC COSMETICS,

    Defendants.

## Agreed Dismissal Order

The parties, by their respective counsel, have represented to the Court that the matter in dispute in Civil Action No. 2:09-cv-1173 is the subject of a settlement and compromise, and therefore, the parties jointly move to dismiss the Complaint and all other matters pending in the Civil Action, with prejudice and with each party to bear its own costs.

WHEREUPON, the Court perceiving no objection, does hereby ORDER that the Complaint and all other matters pending in Civil Action No. 2:09-cv-1173 be DISMISSED, with prejudice and with each party to bear its own costs.

The Clerk of this Court is ORDERED to serve a copy of this Order upon counsel of record by first class mail.

ENTERED this ___7___ day of ___October___, 2010.

_____
Judge Joseph R. Goodwin

Prepared by:

_____
Ronda L. Harvey (WVSB # 6326)
Bowles Rice McDavid Graff & Love LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325-1386
Telephone:   (304) 347-1100
Facsimile:    (304) 343-1746'
   *Counsel for Macy's Midwest, an
   unincorporated division of Macy's Retail
   Holdings, Inc., and Make-Up Art Cosmetics,
   Inc.*

Agreed to by:

_____
David L. White (WVSB # 4006)
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
Telephone:   (304) 342-3106
Facsimile:   (304) 342-3189
Email:          dlwhite01@charter.net
   *Counsel for Plaintiff*

3161802.1

2